IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-1356-D

| | | |
|---|---|---|
| JOSEPH E. PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| U.S. GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |

On September 28, 2023, plaintiff filed a complaint against the United States of America [D.E. 1]. On April 2, 2024, the court directed plaintiff to file a short-form complaint within 30 days [D.E. 5]. Plaintiff did not do so. On August 28, 2024, the court again directed plaintiff to file a short-form complaint within 30 days [D.E. 8]. Plaintiff has failed to file a short-form complaint.

In light of plaintiff's failure to file a short-form complaint pursuant to this court's orders, the court DISMISSES WITHOUT PREJUDICE the plaintiff's complaint.

SO ORDERED. This 8 day of August, 2025.

JAMES C. DEVER III
United States District Judge